Form 416A (12/15)

Form 416A. CAPTION (FULL)

United States Bankruptcy Court

District Of __Arizona__

FILED USBC CLRK PHX
2023 MAY 4 PM 12:27

In re __Harold S. & Betty N. Anderson__
[Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.]
Debtor

Address _____

Phone _____

Email _____

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): _____

Employer's Tax Identification No(s). (if any): _____

Case No. __2:23-bk-01527-PS__

Chapter __7__

Motion To Dismiss Bankruptcy

We are requesting to dismiss our bankruptcy due to complex situation with property that we have where a good portion belongs to our Daughter Latasha Anderson who recently received a promotion and raise from her employment and ~~offered~~ to gift us money towards debts owed that caused us to file.

Harold Anderson & Betty Anderson
5-4-2023